UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENNIS S. NELSON and<br>DAWN G. NELSON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    No. 3:05-CV-117<br>)    (Shirley) |
| PHILLIP TALIB MILLER and<br>RALPH J. MILLER, | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 9]. The defendants have requested a brief continuance of the trial date. For good cause shown, the defendants' oral request for continuance is **GRANTED**. The trial of this matter is hereby **CONTINUED** until **December 7, 2005**.

    **IT IS SO ORDERED.**

                                      ENTER:

                                           s/ C. Clifford Shirley, Jr.
                                        United States Magistrate Judge