UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENNIS S. NELSON and DAWN G. NELSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHILLIP TALIB MILLER and RALPH J. ) <br> MILLER, ) <br> ) <br> Defendants. ) | No. 3:05-cv-117 <br> (Shirley) |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 9].

The plaintiffs have filed a motion seeking an award of costs. [Doc. 21]. The parties have reached a settlement on all issues in this case except for costs and have agreed to submit this issue for determination by the Court. Upon consideration of the plaintiffs' motion and the defendants' response thereto, the Court finds no legal authority on which an award of costs could or should be made. Accordingly, the plaintiffs' Motion to Tax Costs [Doc. 21] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge